1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 KENNETH DAVIS, | Case No.  1:19-cv-01032-JDP (PC) |
| 12         Plaintiff, | ORDER GRANTING MOTION FOR CONFIRMATION RE SETTLEMENT |
| 13     v. | CONFERENCE |
| 14 OBRIEN, *et al.*, | (ECF No. 18) |
| 15         Defendants. | |

16

17    Plaintiff Kenneth Davis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18 *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This case proceeds on Plaintiff's

19 first amended complaint against Defendant S. Speth for a claim of excessive force.

20    On May 4, 2020, the Court referred this case to post-screening Alternative Dispute

21 Resolution ("ADR") and set the case for a settlement conference on August 27, 2020 at 9:30 a.m.

22 before the undersigned.  (ECF No. 16.)  Defense counsel was permitted to opt-out of the

23 settlement conference by filing a written notice within twenty-one days of the issuance of that

24 order.  (Id. at 4.)  As of the date of this order, no opt-out notice has been filed.[1]

25 ///

26

27 [1] The Court notes that defense counsel filed a waiver of service on May 11, 2020, one week following the Court's order setting the settlement conference date.  (ECF No. 17.)  However, more than twenty-one days also have passed since the waiver of service was filed, and no opt-out

28 notice has been filed.

1

1     Currently before the Court is Plaintiff's motion for confirmation of the settlement

2 conference, filed June 10, 2020.  (ECF No. 18.)  Plaintiff indicates in his motion that he is open to

3 settling this action.  (Id.)

4     As indicated above, Defendant has not filed a notice requesting to opt out of the

5 settlement conference date, indicating a willingness to proceed with the settlement conference.

6 As Plaintiff has also indicated his willingness to settle this action, the Court can confirm that, at

7 this time, the conference will proceed as scheduled.  However, as the situation around the

8 COVID-19 crisis continues to evolve, it may become necessary to hold the settlement conference

9 remotely (by video or telephone), or to reschedule the conference date.  If circumstances dictate,

10 the Court will inform the parties of any such changes.  However, at this time the conference will

11 proceed as scheduled, on **August 27, 2020, at 9:30 a.m.**, at the United States Courthouse located

12 at 2500 Tulare Street, Fresno, California 93721.

13     Accordingly, as discussed above, Plaintiff's motion for confirmation of the settlement

14 conference, (ECF No. 18), is HEREBY GRANTED.

15

16 IT IS SO ORDERED.

17    Dated:   **June 12, 2020**       /s/ *Barbara A. McAuliffe*

18                       UNITED STATES MAGISTRATE JUDGE

2