UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIS,<br><br>                Plaintiff,<br><br>        v.<br><br>OBRIEN, *et al*.,<br><br>                Defendants. | Case No. 1:19-cv-01032-NONE-JDP<br><br>ORDER VACATING THE SETTLEMENT CONFERENCE, LIFTING THE STAY, AND ORDERING RESPONSES TO PLAINTIFF'S COMPLAINT<br><br>ECF No. 16 |

After additional discussion among the judges of this court and with the California Department of Corrections and Rehabilitation, we hereby vacate the settlement conference currently set for August 27, 2020. ECF No. 16. Because of the COVID-19 pandemic and coronavirus protocols, and the fact that defendants have not yet filed a response in this action, the court will not reschedule the conference at this time.

Because the settlement conference has been vacated, the court hereby lifts the stay in this action. Defendants are ordered to answer plaintiff's complaint in compliance with the Federal Rules of Civil Procedure. The court will issue a scheduling order once responsive pleadings have been filed.

IT IS SO ORDERED.

Dated: ___July 28, 2020___      _____/s/ Jeremy Peterson_____
                                 UNITED STATES MAGISTRATE JUDGE

No. 205.